NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000848**
**17-JAN-2014**
**11:34 AM**

NO. CAAP-12-0000848

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

ANITRA L. PICKETT AND TROND BORG,
Plaintiffs-Appellants,
vs.
PUU ALII COMMUNITY ASSOCIATION,
Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CV. NO. 11-1-3077-12 (ECN) (Other Civil Action))

ORDER APPROVING THE JANUARY 14, 2014
STIPULATION FOR DISMISSAL OF THE APPEAL
(By: Nakamura, Chief Judge, Foley and Reifurth, JJ.)

Upon consideration of the stipulation for dismissal of the appeal (Stipulation) filed on January 14, 2014, by Defendant-Appellee Puu Alii Community Association, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai‘i, January 17, 2014.

Chief Judge

Associate Judge

Associate Judge